## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HELEN RUTH DEAN,

       Plaintiff,

v.                                                                    Case No. 8:23-cv-2900-JRK

FRANK BISIGNANO,
Commissioner of Social Security,[1]

       Defendant.

_____/

## O R D E R

This cause is before the Court on Plaintiff's Unopposed Motion for Award of EAJA Fees (Doc. No. 19; "Motion"), filed May 7, 2025. In the Motion, Plaintiff seeks an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of $9,873.33 and costs by way of reimbursement of the $402.00 filing fee. Motion at 1, 6. Plaintiff represents that Defendant does not oppose the relief requested. Id. at 1.

Plaintiff's counsel indicates a total of 39.3 hours were expended in the representation of Plaintiff before the Court. Id. at 1, 3; see id. at Ex. B (attached Time Breakdown), Ex. C (Attorney's Affidavit). Plaintiff requests an hourly rate

---

[1]    Frank Bisignano was recently confirmed as the Commissioner of Social Security. Pursuant to Rule 25(d), Federal Rules of Civil Procedure, Mr. Bisignano should be substituted as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

of $251.89 for 2025, $251.84 for 2024, and $244.62 for 2023. Id. at 1, 4, 5.

Plaintiff is seeking a higher hourly rate than the $125 specified by statute based

on the increase in the cost of living since 1996, when the attorney's fee rate was

last adjusted by Congress. See 28 U.S.C. § 2412(d)(2)(A) (permitting fee awards

at rates higher than $125 per hour upon the Court's determination that cost of

living has increased). Having examined the Consumer Price Index and the

representations made in the Motion, the Court concludes an increase in

inflation does justify a proportionate increase in attorneys' fees.[1] Further, the

number of hours expended is reasonable.

Plaintiff also requests reimbursement of $402.00 in costs expended for

the filing of the Complaint (Doc. No. 1). Motion at 1, 5, Ex. E (Receipt).

Defendant does not oppose this request, and the Court finds it to be appropriate.

See 28 U.S.C. §§ 1920, 2412(a)(1).

Plaintiff has assigned her rights to any entitlement of attorney's fees due

under the EAJA to her counsel. Motion at 5, Ex. A (Plaintiff's Affidavit and

Assignment of EAJA Fee). Plaintiff represents as follows regarding the

assignment:

---

[1] See U.S. Dep't of Labor, Inflation Calculator, http://data.bls.gov/cgi-bin/cpicalc.pl (last visited May 29, 2025). In computing the hourly rate adjustment for the cost of living increase, the Consumer Price Index is generally used for the year in which the services were performed. See Masonry Masters, Inc. v. Nelson, 105 F.3d 708, 710-13 (D.C. Cir. 1997); see also Gates v. Barnhart, No. 5:01-cv-148-GRJ, 2002 WL 1452232, at *3 (M.D. Fla. June 25, 2002) (unpublished).

> [A]fter the Court issues an Order awarding EAJA fees to Plaintiff, the Commissioner will determine whether Plaintiff owes a debt to the government. If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel, Laurel Marois Ackerman, Esquire.

Motion at 5-6.

In light of the foregoing, it is

**ORDERED**:

1.     Plaintiff's Unopposed Motion for Award of EAJA Fees (Doc. No. 19) is **GRANTED**.

2.     The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney's fees in the amount of $9,873.33 pursuant to 28 U.S.C. § 2412(d), and for costs in the amount of $402.00 pursuant to 28 U.S.C. § 2412(a)(1).

3.     The Commissioner may exercise the discretion to honor Plaintiff's assignment of fees to counsel if the U.S. Department of Treasury determines that Plaintiff does not owe a debt to the U.S. Government.

**DONE AND ORDERED** in Jacksonville, Florida on May 29, 2025.

_James R. Klindt_
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Counsel of Record